FILED

SEP 15 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SYLVESTER KNIGHT, JR.<br><br>　　　Defendant. | No. ~~CR~~ 4-10-70783-MAG (DMR)<br><br>DETENTION ORDER |

I. DETENTION ORDER

　　　Defendant Sylvester Knight, Jr., is charged in a several count indictment in the Middle District of Tennessee charging violations of 18 U.S.C. § 371 (conspiracy to commit access device fraud); 18 U.S.C. § 1029 (a)(2) (access device fraud); 18 U.S.C. § 1029 (a)(3) (possession of fifteen or more unauthorized access devices); and 18 U.S.C. § 1028A (aggravated identity theft). On September 3, 2010, the United States moved for the detention of Mr. Knight, Jr., pursuant to 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study at the request of Mr. Knight, Jr.. On September 15, 2010, Mr. Knight, Jr., waived his right to proffer information at

DETENTION ORDER
No. ~~CR~~ 4-10-70783-MAG (DMR)                     1

cc: Copy to parties via ECF, Pretrial Services, 2 Certified Copies to US Marshal

this time. *See* 18 U.S.C. § 3142(f) (a defendant has the right at a Section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise). Mr. Knight, Jr., expressly retained his right to raise any additional relevant information at a later hearing.

## II. CONCLUSION

The Court detains Mr. Knight, Jr., based on the limited information available to this Court, as a serious risk of flight and danger to the community. *See* 18 U.S.C. §§ 3142(e) and (f). Because Mr. Knight, Jr., waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at the request of Mr. Knight, Jr., at any future time. Mr. Knight, Jr., shall remain committed to the custody of the Attorney General pending his transfer to the Middle District of Tennessee.

IT IS SO ORDERED.

DATED: September 15, 2010

DONNA M. RYU
United States Magistrate Judge